# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJ TRANSPORT INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>RASANJIT SINGH, et al.,<br><br>  Defendants. | Case No.  1:23-cv-00085-JLT-EPG<br><br>ORDER APPROVING STIPULATION TO FILE A FIRST AMENDED COMPLAINT<br><br>(ECF No. 8) |

    This matter is before the Court on the parties' stipulation for Plaintiffs to file a first amended complaint. (ECF No. 8). They agree that Plaintiff may file a first amended complaint within fourteen days of the order approving their stipulation and that Defendants shall file a response within the time permitted by Federal Rule of Civil Procedure 15.

    Pursuant to the parties' stipulation (ECF No. 8), IT IS ORDERED that Plaintiff's shall file a first amended complaint within fourteen days of the entry of this order. Defendants shall file a response within the time permitted by Rule 15.

IT IS SO ORDERED.

    Dated:  **February 10, 2023**         /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28