# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJ TRANSPORT INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>RASANJIT SINGH, et al.,<br><br>  Defendants. | Case No. 1:23-cv-00085-JLT-EPG<br><br>ORDER APPROVING STIPULATION TO FILE A SECOND AMENDED COMPLAINT<br><br>(ECF No. 13) |

  This matter is before the Court on the parties' stipulation for Plaintiffs to file a second amended complaint. (ECF No. 13). They agree that Plaintiffs may file a second amended complaint within twenty-one days of the order approving their stipulation and that Defendants shall file a response within the time permitted by Federal Rule of Civil Procedure 15.

  Pursuant to the parties' stipulation (ECF No. 13), IT IS ORDERED that Plaintiffs shall file a second amended complaint within twenty-one days of the entry of this order. Defendants shall file a response within the time permitted by Rule 15.

IT IS SO ORDERED.

  Dated: **March 20, 2023**      /s/ Erica P. Grosjean
                     UNITED STATES MAGISTRATE JUDGE