UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJ TRANSPORT INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RASANJIT SINGH, et al.,<br><br>Defendants. | Case No. 1:23-cv-00085-JLT-EPG<br><br>ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 15) |

This matter is before the Court on the parties' stipulation to continue the April 11, 2023 scheduling conference. (ECF No. 15). As grounds, the parties state that Plaintiff's second amended complaint is due on April 10, 2023, and they are continuing to meet and confer regarding the scope of the claims to be included, which may result in the resolution of certain claims. To allow them to adequately confer and prepare for the scheduling conference, they ask that the conference be continued to June 6, 2023.

Based on the parties' stipulation (ECF No. 15), IT IS ORDERED that the April 10, 2023 scheduling conference is continued to June 6, 2023, at 10:30 a.m. The parties are reminded to file a joint scheduling report at least 7 days prior to the conference.
IT IS SO ORDERED.

Dated:  **April 3, 2023**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

1