# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJ TRANSPORT INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RASANJIT SINGH, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00085 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS CASE, WITHOUT PREJUDICE, FOR FAILURE TO COMPLY WITH COURT ORDERS AND TO PROSECUTE THIS CASE<br><br>(Doc. 29) |

    Taj Transport, Inc. and its owner Palwinder Gharu seek to hold FedEx Ground Package System, Inc. and Rasanjit Singh liable for negligence and breach of contract, related to a business dispute. (Docs. 1, 12.) After Plaintiffs' counsel was granted leave to withdraw representation, Plaintiffs did not take any action to prosecute the case, and no lawyer appeared to represent the corporation.

    On October 13, 2023, the magistrate judge found Plaintiffs failed to comply with the Court's order to file an amended complaint, did not respond to the order to show cause, and failed to prosecute the action. (Doc. 29 at 2-3.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 3-4.) These Court served these Findings and Recommendations on all parties and notified them that any objections were due within 14 days. (*Id.* at 4.) In addition, the Court advised them that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772

F.3d 834, 838-39 (9th Cir. 2014).)  No objections were filed, and the time to do so expired.

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the Court performed a *de novo* review of this case.  Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 13, 2023 (Doc. 29) are **ADOPTED** in full.
2. This case is **DISMISSED** without prejudice.
3. The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated:  **November 8, 2023**

UNITED STATES DISTRICT JUDGE